**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST CARPENTERS
HEALTH, PENSION, ANNUITY, APPRENTICESHIP,
and LABOR MANAGEMENT COOPERATION
FUNDS, f/k/a PATRICK MORIN and JOSEPH
OLIVIERI, as Trustees of the EMPIRE STATE
CARPENTERS WELFARE, PENSION,
VACATION, ANNUITY, SCHOLARSHIP,
APPRENTICE-TRAINING, LABOR-
MANAGEMENT COOPERATION and
CHARITABLE TRUST FUNDS,

        Plaintiffs,                                  **DEFAULT JUDGMENT**

  - against -                                        CV 20-5314 (GRB) (ST)

PLS CONSTRUCTION SERVICES, LLC and
PETER L. SMITH,

        Defendants.
-----------------------------------------------------------X

        An electronic Order of the Honorable Gary R. Brown, United States District Judge, having been filed on May 14, 2021; granting plaintiffs' motion for default judgment; awarding plaintiffs: $90,966.44 in principal damages, and pre-judgment of interest of 9% from date March 21, 2011 to the date of judgment, and the Clerk of the Court having calculated that amount to be $83,081.02; and respectfully directing the Clerk of the Court to enter default judgment and close this case, it is

        **ORDERED AND ADJUDGED** that plaintiffs' motion for a default judgment against defendants is granted; that plaintiffs are awarded $174,047.46 as against defendants PLS Construction Services, LLC, and Peter L. Smith; and that this case is closed.

Dated: May 14, 2021
       Central Islip, New York

                                                                         DOUGLAS C. PALMER
                                                                        CLERK OF THE COURT
                                                      BY:    /S/ JAMES J. TORITTO
                                                                         DEPUTY CLERK